**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MARK BECKNER, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>COUNTY OF SANTA CRUZ, et al.,<br><br>        Defendants. | Case No.  23-cv-05032-BLF<br><br>**ORDER REFERRING MATTER TO MAGISTRATE JUDGE BEELER FOR SETTLEMENT CONFERENCE** |

On February 29, 2024, the Court approved the parties' Stipulation Selecting ADR Process, approving the parties' request for an early settlement conference with a magistrate judge 90 days from the date of the order referring the case to ADR.  ECF No. 36.  The parties represented that they have agreed to a settlement conference before Magistrate Judge Laurel Beeler.  *Id.*  This case is REFERRED to Judge Beeler for a settlement conference. The parties shall contact Judge Beeler's Courtroom Deputy Clerk regarding scheduling.

**IT IS SO ORDERED.**

Dated: February 29, 2024

_____
BETH LABSON FREEMAN
United States District Judge