UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK BECKNER, et al.,

          Plaintiffs,

    v.

COUNTY OF SANTA CRUZ, et al.,

          Defendants.

Case No. 23-cv-05032-NW

**ORDER DIRECTING PARTIES TO FILE DISMISSAL OR STATUS REPORT**

On March 30, 2026, the parties filed a notice of settlement stating that "this entire case has settled completely between all parties" and indicating that "Plaintiffs anticipate dismissing the entire case with prejudice within the next sixty (60) days, or by May 26th, 2026." ECF No. 162. Accordingly, the Court vacated all dates and deadlines and set a Case Management Conference regarding dismissal for June 2, 2026.

The parties did not file a notice or dismissal or status report by May 26, 2026. The Court held a Case Management on June 2, 2026. During the Conference, the parties stated that within two weeks they anticipate filing their notice of dismissal with prejudice.

The parties shall file their stipulation of dismissal by Friday, June 19, 2026. The Court sets a compliance hearing regarding dismissal for Monday, June 29, 2026, at 9:00 a.m. in Courtroom 3, 5th Floor, Federal Courthouse, 280 South First Street, San Jose, California. Counsel must appear at the hearing in person; no remote appearances will be permitted.

/ / /

/ / /

United States District Court
Northern District of California

If the case is not dismissed by June 19, 2026, the compliance hearing will be converted into an order to show cause why the case should not be dismissed. If any party opposes the order to show cause, that party must file their objection in writing by June 19, 2026.

**IT IS SO ORDERED.**

Dated: June 3, 2026

_____

Noël Wise
United States District Judge

United States District Court
Northern District of California

2