Elizabeth M. Caballero, SBN 240249
Jonathan Che Gettleman, SBN 243560
**CABALLERO & GETTLEMAN
LAW OFFICE, INC**.
223 River Street, Suite D
Santa Cruz, California 95060
TELEPHONE: 831-427-2658
FACSIMILE:  831-515-5228
Cglaw2015@gmail.com

Attorneys for Plaintiffs,
Mark Beckner (Deceased),
Brandon Beckner

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MARK BECKNER, DECEASED, through his Successor-in-Interest BRANDON BECKNER, individually,<br><br>         Plaintiffs,<br>     vs.<br><br>COUNTY OF SANTA CRUZ, a municipal corporation; CALIFORNIA FORENSIC MEDICAL GROUP, a California Corporation; WELLPATH, INC, a Delaware corporation; WELLPATH, LLC, a Delaware Limited Liability Company; WELLPATH MANAGEMENT INC., a Delaware Corporation; JAMES HART, in his individual capacity; SARAH HEWETT, an individual; SANTA CRUZ SHERIFF'S CORRECTION OFFICERS JOSHUA JOHNSON; BUCHANON, individual DOES 5-20, jointly and severally,<br><br>         Defendants. | Case No. 23-cv-05032-NW<br><br>**STIPULATION OF DISMISSAL AND ~~[PROPOSED]~~ ORDER**<br>**[FRCP 41 (a)(1)]** |

//

//

//

//

*Beckner, et al. v. Santa Cruz County, et al*          1.

Stipulation of Dismissal and ~~[Proposed]~~ Order

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-entitled action filed by Plaintiffs, MARK BECKNER, deceased, and BRANDON BECKNER, individually and as successor-in-interest, against Defendants COUNTY OF SANTA CRUZ, CALIFORNIA FORENSIC MEDICAL GROUP, a California Corporation; WELLPATH, INC, a Delaware corporation; WELLPATH, LLC, a Delaware Limited Liability Company; WELLPATH MANAGEMENT INC., a Delaware Corporation; JAMES HART, in his individual capacity; SARAH HEWETT, an individual; SANTA CRUZ SHERIFF'S CORRECTION OFFICERS JOSHUA JOHNSON; BUCHANON, (collectively, "Defendants") and all others is dismissed in its entirety with prejudice pursuant to Fed.R.Civ.Pro 41(a)(1), with each party to bear their own costs and attorney fees.

Dated: June 17, 2026          **CABALLERO & GETTLEMAN LAW OFFICE, INC.**

_/s/_____
ELIZABETH M. CABALLERO
JONATHAN C. GETTLEMAN
Attorneys for Plaintiffs,
Mark Beckner and Brandon Beckner

Dated: June 17, 2026          **BERTRAND FOX ELLIOT OSMAN + WENZEL**

/s/_____
RICHARD OSMAN
Attorneys for Defendants
COUNTY OF SANTA CRUZ, a municipal
corporation; SANTA CRUZ SHERIFF JAMES HART,
Correction Officers BUCHANON and JOHNSON

Dated: June 17, 2026          **GORDON REES SCULLY MANSUKHANNI**

_/s/_____
ALLISON J. BECKER
KENDRA STARK
LINDSAY ROMANO
ELIZABETH MCGOWAN
Attorneys for Defendants,
CALIFORNIA FORENSIC MEDICAL GROUP;
WELLPATH, INC; WELLPATH, LLC; WELLPATH
MANAGEMENT INC; SARAH HEWETT

LAW OFFICES
223 RIVER STREET
SUITE D
SANTA CRUZ, CA
95060

*Beckner, et al. v. Santa Cruz County, et al*          2.

Stipulation of Dismissal and [Proposed] Order

## <u>ORDER</u>

Based on the parties' Stipulation and good cause appearing, IT IS ORDERED that:

1.   Case 23-CV-05032-NW is dismissed in its entirety with prejudice pursuant to Fed.R.Civ.Pro 41(a)(1), with each party to bear their own costs and attorney fees.

**IT IS SO ORDERED.**

Dated:_ June 24, 2026

Honorable Noël Wise
Judge of the United States District Court

LAW OFFICES
223 RIVER STREET
SUITE D
SANTA CRUZ, CA
95060